**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
AZADALI DAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AZADALI DAMANI,<br><br>Defendant. | CR No.: S-02-104 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date:  May 10, 2005<br>Time:  9:30 a.m.<br><br>Honorable Lawrence K. Karlton |

The United States of America, by and through Assistant U.S. Attorney Carolyn Delaney, and Defendant AZADALI DAMANI, by and through his attorney Johnny L. Griffin III, hereby agree and stipulate to continue the judgment and sentencing in the above captioned case from May 10, 2005 to June 7, 2005 at 9:30 a.m.[1]

///

///

---

1. The parties have been advised by this Court's Clerk that June 7, 2005 at 9:30 a.m. is an available date and time for judgment and sentencing on this matter

<u>U.S. v. Azadali Damani</u>
Cr-S-02-104 LKK
STIPULATION AND ORDER
TO CONTINUE JUDGMENT AND SENTENCING        1

The parties further agree and stipulate that time continue to be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: May 5, 2005          Respectfully submitted,

                             /s/ Carolyn Delaney
                             CAROLYN DELANEY[2]
                             Assistant U.S. Attorney

Dated: May 5, 2005          /s/ Johnny L. Griffin, III
                             Attorney for Defendant Azadali Damani

**IT IS SO ORDERED.**

Dated: May 6, 2005          /s/ Lawrence K. Karlton
                             HON. LAWRENCE K. KARLTON
                             United States District Judge

---

[2] Assistant United States Attorney Carolyn Delaney telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.